STEPHEN H. TURNER, SB# 89627
 E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
 E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,
SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND CHARLES MEYER, | CASE NO. C08-01842 RMW PVT |
| Plaintiff, | The Hon. Patricia V. Trumbull |
| v. | **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity, | Action Filed: April 7, 2008<br>Trial Date:   None |
| Defendants. | |

Pursuant to Civil Rule 3-16, the undersigned, counsel of record for Defendants ARS NATIONAL SERVICES, INC. and JASON A. HOWERTON, certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 10, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP


                              By: _____
                                  Stephen H. Turner
                                  Alisha M. Lee
                              Attorneys for Defendants ARS NATIONAL
                              SERVICES, INC. and JASON A. HOWERTON

4833-5332-9154.1

-1-

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

## CERTIFICATE OF SERVICE

I certify that on the 11th day of April, 2008, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
Attorneys for Plaintiff

By: ___/s/ Alisha M. Lee___

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4833-5332-9154.1

-2-

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES