1  STEPHEN H. TURNER, SB# 89627
     E-Mail: turner@lbbslaw.com
2  ALISHA M. LEE, SB# 219808
     E-Mail: alee@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendants ARS NATIONAL SERVICES, INC. and JASON A.
   HOWERTON
7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9                 SAN JOSE DIVISION

10

11  RAYMOND CHARLES MEYER,          ) CASE NO. C 08-01842 RMW
                                    )
12          Plaintiff,              ) The Hon. Robert M. Whyte
                                    )
13      v.                          )
                                    ) **DEFENDANT ARS NATIONAL**
14  ARS NATIONAL SERVICES, INC.,    ) **SERVICES, INC.'S ANSWER TO**
    D/B/A ASSOCIATED RECOVERY       ) **COMPLAINT AND DEMAND FOR**
15  SYSTEMS, a California corporation, and ) **JURY TRIAL**
    JASON A. HOWERTON, individually )
16  and in his official capacity,   )
                                    ) Action Filed:   April 7, 2008
17          Defendants.             ) Trial Date:     None
                                    )
18  _____)

19          Defendant ARS NATIONAL SERVICES, INC. ("Defendant"), for itself and

20  for no other defendant, answers the complaint as follows:

21          (1)    Answering paragraph No. 1, Defendant denies that it has violated any

22  statute whatsoever.  As to the remaining allegations, Defendant lacks sufficient

23  information and belief on which to either admit or deny the allegations and on that

24  basis, denies each and every allegation.

25          (2)    Answering paragraph No. 2, Defendant lacks sufficient information and

26  belief on which to either admit or deny the allegations and on that basis, denies each

27  and every allegation.

28          (3)    Answering paragraph No. 3, Defendant denies that it has violated any

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2801
TELEPHONE (213) 250-1800

1    statute whatsoever.  As to the remaining allegations, Defendant lacks sufficient

2    information and belief on which to either admit or deny the allegations and on that

3    basis, denies each and every allegation.

4         (4)    Answering paragraph No. 4, Defendant lacks sufficient information and

5    belief on which to either admit or deny the allegations and on that basis, denies each

6    and every allegation.

7         (5)    Answering paragraph No. 5, Defendant lacks sufficient information and

8    belief on which to either admit or deny the allegations and on that basis, denies each

9    and every allegation.

10        (6)    Answering paragraph No. 6, Defendant lacks sufficient information and

11   belief on which to either admit or deny the allegations and on that basis, denies each

12   and every allegation.

13        (7)    Answering paragraph No. 7, Defendant admits the allegations contained

14   therein.

15        (8)    Answering paragraph No. 8, Defendant admits that Jason A. Howerton

16   is a natural person, was an employee of ARS National Services, Inc. at all relevant

17   times, and may be served at his business address as stated.  Defendant denies that Mr.

18   Howerton is a "debt collector" within the meaning of 15 U.S.C. §1692a(6) and Cal.

19   Civil Code § 1788.2(c).  As to the remaining allegations, Defendant lacks sufficient

20   information and belief on which to either admit or deny the allegations and on that

21   basis, denies each and every allegation.

22        (9)    Answering paragraph No. 9, Defendant lacks sufficient information and

23   belief on which to either admit or deny the allegations and on that basis, denies each

24   and every allegation.

25        (10)   Answering paragraph No. 10, Defendant lacks sufficient information

26   and belief on which to either admit or deny the allegations and on that basis, denies

27   each and every allegation.

28        (11)   Answering paragraph No. 11, Defendant lacks sufficient information

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

ARS'S ANSWER TO COMPLAINT

1  and belief on which to either admit or deny the allegations and on that basis, denies
2  each and every allegation.

3      (12)   Answering paragraph No. 12, Defendant lacks sufficient information
4  and belief on which to either admit or deny the allegations and on that basis, denies
5  each and every allegation.

6      (13)   Answering paragraph No. 13, the letter speaks for itself.

7      (14)   Answering paragraph No. 14,  Defendant lacks sufficient information
8  and belief on which to either admit or deny the allegations and on that basis, denies
9  each and every allegation.

10      (15)   Answering paragraph No. 15, Defendant lacks sufficient information
11  and belief on which to either admit or deny the allegations and on that basis, denies
12  each and every allegation.

13      (16)   Answering paragraph No. 16, the letter speaks for itself.

14      (17)   Answering paragraph No. 17, Defendant lacks sufficient information
15  and belief on which to either admit or deny the allegations and on that basis, denies
16  each and every allegation.

17      (18)   Answering paragraph No. 18, Defendant lacks sufficient information
18  and belief on which to either admit or deny the allegations and on that basis, denies
19  each and every allegation.

20      (19)   Answering paragraph No. 19, Defendant lacks sufficient information
21  and belief on which to either admit or deny the allegations and on that basis, denies
22  each and every allegation.

23      (20)   Answering paragraph No. 20, Defendant lacks sufficient information
24  and belief on which to either admit or deny the allegations and on that basis, denies
25  each and every allegation.

26      (21)   Answering paragraph No. 21, Defendant lacks sufficient information
27  and belief on which to either admit or deny the allegations and on that basis, denies
28  each and every allegation.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1    (22)  Answering paragraph No. 22, the letter speaks for itself.

2    (23)  Answering paragraph No. 23, Defendant lacks sufficient information

3 and belief on which to either admit or deny the allegations and on that basis, denies

4 each and every allegation.

5    (24)  Answering paragraph No. 24, Defendant denies each and every

6 allegation contained therein.

7    (25)  Answering paragraph No. 25, Defendant denies each and every

8 allegation contained therein and further denies that it has violated any statute

9 whatsoever.

10    (26)  Answering paragraph No. 26, Defendant denies each and every

11 allegation contained therein and further denies that it has violated any statute

12 whatsoever.

13    (27)  Answering paragraph No. 27, Defendant lacks sufficient information

14 and belief on which to either admit or deny the allegations and on that basis, denies

15 each and every allegation.

16    (28)  Answering paragraph No. 28, Defendant repeats paragraphs 1 through

17 26 of this answer as if set forth at length herein.

18    (29)  Answering paragraph No. 29, Defendant lacks sufficient information

19 and belief on which to either admit or deny the allegations and on that basis, denies

20 each and every allegation.

21    (30)  Answering paragraph No. 30, Defendant admits the allegations

22 contained therein.

23    (31)  Answering paragraph No. 31, Defendant denies each and every

24 allegation contained therein.

25    (32)  Answering paragraph No. 32, Defendant lacks sufficient information

26 and belief on which to either admit or deny the allegations and on that basis, denies

27 each and every allegation.

28    (33)  Answering paragraph No. 33 and each subpart therein, Defendant denies

1  each and every allegation contained therein and further denies that it has violated any

2  statute whatsoever.

3      (34)  Answering paragraph No. 34, Defendant denies each and every

4  allegation contained therein.

5      (35)  Answering paragraph No. 35, Defendant denies that it has violated any

6  statute whatsoever and further denies that plaintiff is entitled to any damages

7  whatsoever.

8      (36)  Answering paragraph No. 36, Defendant lacks sufficient information

9  and belief on which to either admit or deny the allegations and on that basis, denies

10  each and every allegation.

11      (37)  Answering paragraph No. 37, Defendant incorporates paragraphs 1

12  through 36 as if set forth at length herein.

13      (38)  Answering paragraph No. 38, Defendant lacks sufficient information

14  and belief on which to either admit or deny the allegations and on that basis, denies

15  each and every allegation.

16      (39)  Answering paragraph No. 39, Defendant admits the allegations

17  contained therein.

18      (40)  Answering paragraph No. 40, Defendant denies each and every

19  allegation contained therein.

20      (41)  Answering paragraph No. 41, Defendant lacks sufficient information

21  and belief on which to either admit or deny the allegations and on that basis, denies

22  each and every allegation.

23      (42)  Answering paragraph No. 42 and each subpart therein, Defendant denies

24  each and every allegation contained therein and further denies that it has violated any

25  statute whatsoever.

26      (43)  Answering paragraph No. 43, Defendant denies each and every

27  allegation contained therein.

28      (44)  Answering paragraph No. 44, Defendant denies that it has violated any

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1  statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

2  (45)  Answering paragraph No. 45, Defendant denies that it has violated any

3  statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

4  (46)  Answering paragraph No. 46, Defendant denies that it has violated any

5  statute whatsoever and denies that Plaintiff is entitled to any damages whatsoever.

6  (47)  Answering paragraph No. 47, Defendant notes that Plaintiff purports to

7  accurately describe the law.  To the extent that plaintiff's representation of the law is

8  inaccurate, Defendant denies each and every allegation contained therein.

9

10  **FIRST AFFIRMATIVE DEFENSE**

11  1.  As a separate, affirmative defense, Defendant alleges that the

12  Complaint, and each and every purported cause of action contained therein, fails to

13  state facts sufficient to constitute a cause of action.

14  **SECOND AFFIRMATIVE DEFENSE**

15  2.  As a separate, affirmative defense, Defendant alleges that the alleged

16  actions of Defendant were proper and did not violate any provisions of 15 U.S.C.

17  §1692 et. seq.

18  **THIRD AFFIRMATIVE DEFENSE**

19  3.  As a separate, affirmative defense, Defendant alleges that at all times

20  mentioned in the Complaint, Defendant acted lawfully and within its legal rights,

21  with a good faith belief in the exercise of that right, and in the furtherance of a

22  legitimate business purpose.  Further, Defendant acted in good faith in the honest

23  belief that the acts, conduct and communications, if any, of the Defendant were

24  justified under the circumstances based on information reasonably available to this

25  answering Defendant.

26  **FOURTH AFFIRMATIVE DEFENSE**

27  4.  As a separate, affirmative defense, Defendant alleges that the alleged

28  actions of the Defendant were not accompanied by actual malice, intent or ill will.

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### FIFTH AFFIRMATIVE DEFENSE

5.    As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged.

### SIXTH AFFIRMATIVE DEFENSE

6.    As a separate, affirmative defense, assuming arguendo that this answering Defendant violated a statute alleged in the complaint, which presupposition the answering Defendant denies, such violation was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

### SEVENTH AFFIRMATIVE DEFENSE

7.    As a separate, affirmative defense, Defendant alleges that Plaintiff is barred from any recovery against this answering Defendant by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

8.    As a separate, affirmative defense, Defendant alleges that its conduct, communications and actions, if any, were privileged pursuant to Civil Code §1785.32.

### NINTH AFFIRMATIVE DEFENSE

9.    As a separate, affirmative defense, Defendant alleges that it, at all times alleged in the complaint, maintained reasonable procedures created to prevent any type of intentional violations of the Fair Debt Collection Practices Act.

### TENTH AFFIRMATIVE DEFENSE

10.    As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, then Plaintiff's damages are limited by 15 U.S.C. §1692(k)(a)(1), §1692(k)(a)(2)(A), §1692(k)(a)(3) and 15 U.S.C. § 1692(k)(b)(1).

### ELEVENTH AFFIRMATIVE DEFENSE

11.    As a separate, affirmative defense, Defendant alleges that Defendant's conduct, communications and actions, if any, were privileged pursuant

1  to 15 U.S.C. §1692(k)(c).

## TWELFTH AFFIRMATIVE DEFENSE

12.    As a separate, affirmative defense, Defendant alleges that the alleged actions of Defendant were proper and did not violate any provisions of Cal. Civ. Code § 1788, *et seq.*

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    As a separate, affirmative defense, Defendant alleges that the alleged actions of the Defendant were privileged pursuant to Federal and State Common Law.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Plaintiff failed to mitigate his damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    As a separate, affirmative defense, Defendant alleges that if Plaintiff was damaged in any sum or sums alleged, which Defendant denies, Defendant's alleged acts or omissions were not a proximate cause of said damages.

WHEREFORE, this answering Defendant prays,

1.    For a judgment in favor of Defendant, and against Plaintiff, and that Plaintiff take nothing by reason of said Complaint;

2.    That this answering Defendant be awarded cost of suit herein and such other further relief as the Court deems just.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Defendant demands trial by jury.

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1    DATED:  April **28**, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                    By _____

4                                       Stephen H. Turner
                                        Alisha M. Lee
5                                       Attorneys for Defendants ARS National
                                        Services, Inc. and JASON A. HOWERTON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  ARS'S ANSWER TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

1

## CERTIFICATE OF SERVICE

2

3    I certify that on the 28th day of April 2008, I electronically transmitted the
foregoing document to the Clerk's office using the CM/ECF System for filing and
4    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5    Fred W. Schwinn, Esq.
CONSUMER LAW CENTER, INC.
6    Attorneys for Plaintiff

7
By:  ___ /s/ Alisha M. Lee
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4833-6257-1266.1

ARS'S ANSWER TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800