1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   RAYMOND CHARLES MEYER,            *E-FIELD - 6/10/08*

7              Plaintiff,             CASE NO.: C-08-01842-RMW

8        v.                          **CLERK'S NOTICE**

9   ARS NATIONAL SERVICES, INC., et al.,   **NEW DATE: JULY 18, 2008**

10             Defendant.             **TIME: 9:00 AM**

11

12        PLEASE TAKE NOTICE that, on the court's own motion, **PLAINTIFF'S MOTION**

13
    **FOR SUMMARY JUDGMENT,** noticed for July 11, 2008, has been continued to the date and
14
    time set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in courtroom
15
    #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that
16
    the matter will be submitted without argument.
17
        If any hearing date is moved by the court's own motion, papers must still be filed in
18
    accordance with the originally noticed date and the Local Rules of this court absent a court order
19
    setting a new briefing schedule.
20
        The moving party shall give written notice to counsel for all parties of the new date of the
21
    hearing after receipt of this notice.  Following service, the moving party shall file a certificate of
22
    service with the Clerk of the Court.
23

24
    DATED:  June 10, 2008
25
                                BY: _*/s/ Jackie Garcia*_____
26
                                        JACKIE GARCIA
                                        Courtroom Deputy for
27                                      Honorable Ronald M. Whyte

28

1   Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28