Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAYMOND CHARLES MEYER

*E-FILED - 7/16/08*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| RAYMOND CHARLES MEYER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. C08-01842-RMW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAYMOND CHARLES MEYER, and Defendants, ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAYMOND CHARLES MEYER, against Defendants, ARS NATIONAL SERVICES, INC., and JASON A. HOWERTON, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

| | | |
|---|---|---|
| 1 | Dated: June 30, 2008 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff |
| 3 | | RAYMOND CHARLES MEYER |
| 4 | Dated: June 30, 2008 | /s/ Stephen H. Turner |
| 5 | | Stephen H. Turner<br>Attorney for Defendants |
| 6 | | ARS NATIONAL SERVICES,<br>INC., and JASON A. HOWERTON |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 7/16/08

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Judge